United States District Court
Southern District of Texas
FILED

MAY 2 7 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY, LTD. | § § § |
| v. | §   CIVIL ACTION NO. B-03-070 |
| BASILIO C. GOMEZ D/B/A "77" FLEA MARKET | § § § § |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-styled and numbered cause of action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

Respectfully submitted,

_____
Ronald E. Tigner
Federal Bar No. 3095
2000 Bering Drive, Suite 600
Houston, Texas 77057
(713) 355-6062 Telephone
(713) 572-9129 Facsimile

**Attorneys for St. Paul Reinsurance Company, Ltd.**

OF COUNSEL:

PREIS, KRAFT & ROY
(A Professional Law Corporation)

2000 Bering Drive, Suite 600
Houston, Texas 77057
(713) 355-6062 Telephone
(713) 572-9129 Facsimile

57684
3010-11767

       \*

       _____
       Basilio C. Gomez d/b/a 77 Flea Market
       1005 Tyler
       Brownsville, Texas 78520

       **Defendant**

**\* By Permission**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been sent by certified mail, return receipt requested on this the 20 day of May, 2003 to:

Mr. Basilio C. Gomez d/b/a 77 Flea Market
1005 Tyler
Brownsville, Texas 78520

       _____
       Ronald E. Tigner