IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ST. PAUL REINSURANCE COMPANY, LTD. | § § § | |
| v. | § | CIVIL ACTION NO. B-03-070 |
| BASILIO C. GOMEZ D/B/A "77" FLEA MARKET | § § § § | |

## ORDER OF DISMISSAL

CAME ON for consideration the Parties' Stipulation of Dismissal in the above-styled and numbered cause. The Court finds said Stipulation of Dismissal to be in order. It is therefore:

ORDERED that the above-styled and numbered cause be DISMISSED with prejudice, with Plaintiff to bear costs of court.

SIGNED this 29th day of May, 2003

_____
United States District Judge

57684
3010-11767